IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY SAMUEL,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 19-2203 |
| | : | |
| **TARGET REALTY, LLC, et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

**AND NOW**, this 13th day of October, 2021, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 38), Plaintiff's Response (Doc. No. 41), and Defendants' Reply Brief (Doc. No. 42), it is hereby **ORDERED** that the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on all claims in the Complaint. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**